[No. 8155–1–I.   Division One.   July 6, 1981.]

WILLIAM A. GRAHAM, ET AL, *Respondents,* v. TRI–VEST, ET AL, *Appellants.*

Appeal from a judgment of the Superior Court for King County, No. 819805, T. Patrick Corbett, J., entered October 12, 1979. *Remanded with instructions* by unpublished opinion per Swanson, J., concurred in by Andersen and Durham, JJ.

[No. 8135–7–I.   Division One.   July 6, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY ROBERTS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 84926, Jack P. Scholfield, J., entered October 29, 1979. *Affirmed in part, reversed in part,* and *remanded* by unpublished opinion per Swanson, J., concurred in by Ringold, A.C.J., and Durham, J.

[No. 9113–1–I.   Division One.   July 6, 1981.]

THE STATE OF WASHINGTON, *Respondent,* v. HILTON CHELLY, ET AL, *Defendants,* JOHN LUKE FROST, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 80–1–00848–6, Frank J. Eberharter, J., entered July 11, 1980. *Affirmed* by unpublished opinion per Durham, J., concurred in by Ringold, A.C.J., and Williams, J.